**FILED**

OCT 1 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The UNITED STATES OF AMERICA, for the Use and Benefit of HELIX ELECTRIC, INC, a California Corporation,<br><br>　　　　Plaintiffs,<br>vs.<br><br>SKANSKA USA BUILDING, INC., a corporation; RQ CONSTRUCTION, INC., a corporation; SKANSKA USA BUILDING, INC./RQ CONSTRUCTION, a joint venture; TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, a corporation; FIDELITY AND DEPOSIT COMPANY OF MARYLAND and DOES 1 through 20, inclusive,<br>　　　　Defendants. | Case No. 2:06-CV-02080-DFL-KJM<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

　　　　It is HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that SKANSKA USA BUILDING, INC., a corporation ("Skanska"); RQ CONSTRUCTION, INC., a corporation ("RQ"); SKANSKA USA BUILDING, INC./RQ CONSTRUCTION, a joint venture ("Skanska/RQ"); TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, a corporation ("Travelers"); FIDELITY AND DEPOSIT COMPANY OF MARYLAND ("Fidelity")(collectively, "Defendants") be granted an extension to the time required to respond to the Complaint of the UNITED STATES OF AMERICA, for the Use and Benefit of HELIX ELECTRIC, INC, a California Corporation ("HELIX").

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

1

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT – 2:06-CV-02080-DFL-KLM
46183.01/10/10/06

1   The Complaint was served by personal service on the registered agents for Travelers,
2   Skanska/RQ, and Skanska on September 22, 2006 (September 27, 2006, by substituted service,
3   on all other Defendants) and is therefore due to be answered or otherwise responded to by
4   October 12, 2006 (20 days from earliest service).

5   No other time extensions have been requested or granted regarding this response by
6   either Party.

7   The time for Defendants to respond to the Helix's Complaint is to be extended by 29
8   days, as provided in Local Rule 6-144. Defendants shall therefore have until Friday, November
9   10, 2006 to answer or otherwise respond to Helix's Complaint.

Dated: October 9, 2006                    PECKAR & ABRAMSON, P.C.

                                          By:   /s/ Gary S. Moorefield, Esq.
                                                Gary S. Moorefield, Esq.
                                                Attorneys for Defendants,
                                                SKANSKA USA BUILDING, INC., a corporation;
                                                RQ CONSTRUCTION, INC., a corporation;
                                                SKANSKA USA BUILDING, INC./RQ
                                                CONSTRUCTION, a joint venture; TRAVELERS
                                                CASUALTY & SURETY COMPANY OF
                                                AMERICA, a corporation; FIDELITY AND
                                                DEPOSIT COMPANY OF MARYLAND

Dated: October 9, 2006                    DOWNEY BRAND LLP

                                          By:   /s/ Scott D. McElhern, Esq.
                                                Scott D. McElhern, Esq.
                                                Michael J. Kuzmich, Esq.
                                                Attorneys for Plaintiff,
                                                HELIX ELECTRIC, INC.

IT IS SO ORDERED:

Dated: October 10, 2006

                                          _____
                                          DAVID F. LEVI
                                          United States District Judge

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT – 2:06-CV-02080-DFL-KLM
46183.01/10/10/06