```
                                        FILED
                                       OCT 1 1 2006
                                  CLERK, U.S. DISTRICT COURT
                                EASTERN DISTRICT OF CALIFORNIA
                                BY _____
                                            DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The UNITED STATES OF AMERICA, for the Use and Benefit of HELIX ELECTRIC, INC, a California Corporation,<br><br>Plaintiffs,<br>vs.<br><br>SKANSKA USA BUILDING, INC., a corporation; RQ CONSTRUCTION, INC., a corporation; SKANSKA USA BUILDING, INC./RQ CONSTRUCTION, a joint venture; TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, a corporation; FIDELITY AND DEPOSIT COMPANY OF MARYLAND and DOES 1 through 20, inclusive,<br>Defendants. | Case No. 2:06-CV-02080-DFL-KJM<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

It is HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that SKANSKA USA BUILDING, INC., a corporation ("Skanska"); RQ CONSTRUCTION, INC., a corporation ("RQ"); SKANSKA USA BUILDING, INC./RQ CONSTRUCTION, a joint venture ("Skanska/RQ"); TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, a corporation ("Travelers"); FIDELITY AND DEPOSIT COMPANY OF MARYLAND ("Fidelity")(collectively, "Defendants") be granted an extension to the time required to respond to the Complaint of the UNITED STATES OF AMERICA, for the Use and Benefit of HELIX ELECTRIC, INC, a California Corporation ("HELIX").

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

1  The Complaint was served by personal service on the registered agents for Travelers,
2  Skanska/RQ, and Skanska on September 22, 2006 (September 27, 2006, by substituted service,
3  on all other Defendants) and is therefore due to be answered or otherwise responded to by
4  October 12, 2006 (20 days from earliest service).

5  No other time extensions have been requested or granted regarding this response by
6  either Party.

7  The time for Defendants to respond to the Helix's Complaint is to be extended by 29
8  days, as provided in Local Rule 6-144. Defendants shall therefore have until Friday, November
9  10, 2006 to answer or otherwise respond to Helix's Complaint.

10 Dated:  October 9, 2006                    PECKAR & ABRAMSON, P.C.

12                                             By:  /s/ Gary S. Moorefield, Esq.
                                                    Gary S. Moorefield, Esq.
13                                                  Attorneys for Defendants,
                                                    SKANSKA USA BUILDING, INC., a corporation;
14                                                  RQ CONSTRUCTION, INC., a corporation;
                                                    SKANSKA USA BUILDING, INC./RQ
15                                                  CONSTRUCTION, a joint venture; TRAVELERS
                                                    CASUALTY & SURETY COMPANY OF
16                                                  AMERICA, a corporation; FIDELITY AND
                                                    DEPOSIT COMPANY OF MARYLAND

18 Dated:  October 9, 2006                    DOWNEY BRAND LLP

19                                             By:  /s/ Scott D. McElhern, Esq.
                                                    Scott D. McElhern, Esq.
20                                                  Michael J. Kuzmich, Esq.
                                                    Attorneys for Plaintiff,
21                                                  HELIX ELECTRIC, INC.

22 IT IS SO ORDERED:

23 Dated: October 10, 2006

                                                    _____
                                                    DAVID F. LEVI
                                                    United States District Judge