RAYMOND M. BUDDIE, ESQ.       (SBN 121353)
FRANCIS TORRENCE, ESQ.         (SBN 154653)
GARY S. MOOREFIELD, ESQ.      (SBN 233360)
PECKAR & ABRAMSON, P.C.
250 Montgomery Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 837-1968
Facsimile: (415) 837-1320

Attorneys for Defendant/Third Party Plaintiff, SKANSKA USA BUILDING, INC. / RQ CONSTRUCTION, INC., a joint venture and Defendants SKANSKA USA BUILDING, INC., a corporation; RQ CONSTRUCTION, INC., a corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a corporation; FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, for the use and benefit of HELIX ELECTRIC, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SKANSKA USA BUILDING, INC., a corporation; RQ CONSTRUCTION, INC., a corporation; SKANSKA USA BUILDING, INC. / RQ CONSTRUCTION, INC., a joint venture; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a corporation; FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a corporation; and DOES 1 through 20, inclusive,<br><br>Defendants.| Case No. 2:06-CV-02080-RRB-KJM<br><br>~~STIPULATION AND~~<br>ORDER FOR LIMITED STAY OF CASE |
| AND RELATED CROSS-ACTIONS | |

///
///
///
///
///

1

STIPULATION AND [PROPOSED] ORDER FOR LIMITED STAY OF CASE           Case No. 2:06-CV-02080-RRB-KJM

[~~PROPOSED~~] ORDER

Having considered the Stipulation of the parties, and GOOD CAUSE APPEARING, the Court Orders as follows:

1) The above-captioned case is hereby subject to a limited stay, as expressly described herein below, as of the date of entry of this Order;

    a. The limited stay shall apply to all pre-trial activities but shall not preclude the filing and hearing of a motion pursuant to California Code of Civil Procedure section 877.6 and, further, the limited stay shall not otherwise preclude activities necessary to facilitate a pre-trial settlement of one or more of the Parties.

2) With the exception of any matters either currently calendared or calendared in the future relating to settlements or dismissals, all dates currently on the Court's calendar, including the trial date of April 7, 2008, are vacated, as of the date of entry of this Order;

3) Counsel for all parties herein shall appear, telephonically, at a status conference on or after November 15, 2007 to discuss the status of the parallel State Court action, whether or not the stay in this case shall remain in effect, whether the Court should set this matter for trial, the scope and nature of the issues remaining to be tried, and the anticipated length of the trial. Counsel for each party shall jointly submit to the Court a status conference statement no less than five (5) court days prior to the status conference. The Court shall set, and will provide the Parties with notice of, this future status conference.

4) In the event that it shall be necessary for the Court to set a trial date, the Court will endeavor to set a prompt trial date, in or around July 2008, subject to availability on the Court's calendar.

IT IS SO ORDERED.

Dated: August 3, 2007

Honorable Ralph R. Beistline

LAW OFFICES

**Peckar & Abramson**
A Professional Corporation

5

STIPULATION AND [PROPOSED] ORDER FOR LIMITED STAY OF CASE

Case No. 2:06-CV-02080-RRB-KJM