| | |
|---|---|
| 1 | RAYMOND M. BUDDIE, ESQ.    (SBN 121353) |
| | FRANCIS TORRENCE, ESQ.     (SBN 154653) |
| 2 | GARY S. MOOREFIELD, ESQ.   (SBN 233360) |
| | PECKAR & ABRAMSON, P.C. |
| 3 | 455 Market Street, 21st Floor |
| | San Francisco, CA 94105 |
| 4 | Telephone: (415) 837-1968 |
| | Facsimile: (415) 837-1320 |

Attorneys for Defendant/Third Party Plaintiff, SKANSKA USA BUILDING, INC. / RQ CONSTRUCTION, INC., a joint venture and Defendants SKANSKA USA BUILDING, INC., a corporation; RQ CONSTRUCTION, INC., a corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a corporation; FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a corporation

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, for the use and benefit of HELIX ELECTRIC, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>SKANSKA USA BUILDING, INC., a corporation; RQ CONSTRUCTION, INC., a corporation; SKANSKA USA BUILDING, INC./RQ CONSTRUCTION, INC., a joint venture; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a corporation; FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a corporation; and DOES 1 through 20, inclusive,<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No.: 2:06-CV-02080-RRB-KJM<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF PARTY [F.R.C.P. rule 41(a)(1)]** |

///

///

///

///

1

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL                                         Case No.:
WITH PREJUDICE OF PARTY                                                    2:06-CV-02080-RRB-KJM

IT IS HEREBY STIPULATED by and between the Parties hereto through their respective counsel that:

1. The above-captioned action be and hereby is Dismissed with Prejudice pursuant to F.R.C.P. 41(a)(1) as to Third-Party Defendant Mac Donald Engineers, Inc., ONLY; and that

2. The Parties shall bear their own costs and attorneys' fees with respect to This Action.

Dated: December ____, 2007        PECKAR & ABRAMSON, P.C.

By:_____
   Bruce D. Meller
   Francis Torrence
   Gary S. Moorefield
   Attorneys for Plaintiff, Skanska USA
   Building, Inc.; RQ Construction, Inc.;
   Skanska USA Building, Inc. / RQ
   Construction, Inc., a joint venture;
   Travelers Casualty and Surety
   Company of America; Fidelity and
   Deposit Company of Maryland

Dated: December ____, 2007        BYRON & EDWARDS

By:_____
   Craig A. Weeber, Esq.
   Attorneys for Mac Donald Engineers,
   Inc.

## [PROPOSED] ORDER

Having considered the Stipulation of the parties, and GOOD CAUSE APPEARING, the Court Orders as follows:

1. Case No. 2:06-CV-02080-RRB-KJM is hereby is Dismissed with Prejudice pursuant to F.R.C.P. 41(a)(1) as to Third-Party Defendant Mac Donald Engineers, Inc., ONLY.
2. The Parties shall bear their own costs and attorneys' fees with respect to This Action.

**IT IS SO ORDERED.**

Dated:   12/11/2007

/s/ Ralph R. Beistline

Honorable Ralph R. Beistline

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28