1  RAYMOND M. BUDDIE, ESQ.      (SBN 121353)
   FRANCIS TORRENCE, ESQ.       (SBN 154653)
2  GARY S. MOOREFIELD, ESQ.     (SBN 233360)
   PECKAR & ABRAMSON, P.C.
3  455 Market Street, 21st Floor
   San Francisco, CA 94105
4  Telephone: (415) 837-1968
   Facsimile: (415) 837-1320
5
6  Attorneys for Defendant/Third Party Plaintiff, SKANSKA USA BUILDING, INC. / RQ
   CONSTRUCTION, INC., a joint venture and Defendants SKANSKA USA BUILDING,
7  INC., a corporation; RQ CONSTRUCTION, INC., a corporation; TRAVELERS
   CASUALTY AND SURETY COMPANY OF AMERICA, a corporation; FIDELITY
8  AND DEPOSIT COMPANY OF MARYLAND, a corporation

9
                    IN THE UNITED STATES DISTRICT COURT
10
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12  THE UNITED STATES OF AMERICA,        Case No.: 2:06-CV-02080-RRB-KJM
    for the use and benefit of HELIX
13  ELECTRIC, INC., a California          **STIPULATION AND ORDER FOR**
    corporation,                          **DISMISSAL WITH PREJUDICE OF**
14                                        **PARTIES [F.R.C.P. rule 41(a)(1)]**
                    Plaintiff,
15
          vs.
16
17  SKANSKA USA BUILDING, INC., a
    corporation; RQ CONSTRUCTION,
    INC., a corporation; SKANSKA USA
18  BUILDING, INC./RQ
    CONSTRUCTION, INC., a joint
19  venture; TRAVELERS CASUALTY
    AND SURETY COMPANY OF
20  AMERICA, a corporation; FIDELITY
    AND DEPOSIT COMPANY OF
21  MARYLAND, a corporation; and DOES
    1 through 20, inclusive,
22
                    Defendants.
23

24
    AND RELATED CROSS-ACTIONS.
25

26  / / /

27  / / /

28  / / /
    / / /

                              1

1
2          IT IS HEREBY STIPULATED by and between the Parties hereto through their
3   respective counsel that:
4          1.       The above-captioned action be and hereby is Dismissed with Prejudice
5                    pursuant to F.R.C.P. 41(a)(1) as to Third-Party Defendants SDSE, Inc.,
6                    and Christopher Kamp, ONLY; and that
7          2.       The Parties shall bear their own costs and attorneys' fees with respect to
8                    This Action.
9
10  Dated: December ____, 2007                    PECKAR & ABRAMSON, P.C.
11
12                                                By:_____
13                                                      Bruce D. Meller
                                                       Francis Torrence
14                                                     Gary S. Moorefield
                                                       Attorneys for Plaintiff, Skanska USA
15                                                     Building, Inc.; RQ Construction, Inc.;
                                                       Skanska USA Building, Inc. / RQ
16                                                     Construction, Inc., a joint venture;
                                                       Travelers Casualty and Surety
17                                                     Company of America; Fidelity and
18                                                     Deposit Company of Maryland
19  Dated:  December ____, 2007                   BYRON & EDWARDS
20
21                                                By:_____
22                                                      Craig A. Weeber, Esq.
                                                       Attorneys for SDSE, Inc., and
23                                                     Christopher W. Kamp
24
25
26
27
28

                                                  2

## ORDER

Having considered the Stipulation of the parties, and GOOD CAUSE APPEARING, the Court Orders as follows:

1.  Case No. 2:06-CV-02080-RRB-KJM is hereby is Dismissed with Prejudice pursuant to F.R.C.P. 41(a)(1) as to Third-Party Defendants SDSE, Inc., and Christopher Kamp, ONLY.

2.  The Parties shall bear their own costs and attorneys' fees with respect to This Action.

**IT IS SO ORDERED.**

Dated:   12/11/2007

_/s/ Ralph R. Beistline_

Honorable Ralph R. Beistline

Case 2:06-cv-02030-RRB-KJM   Document 88   Filed 12/12/07   Page 4 of 4