RAYMOND M. BUDDIE, ESQ.   (SBN 121353)
FRANCIS TORRENCE, ESQ.   (SBN 154653)
GARY S. MOOREFIELD, ESQ.   (SBN 233360)
PECKAR & ABRAMSON, P.C.
455 Market Street, 21st Floor
San Francisco, CA 94105
Telephone: (415) 837-1968
Facsimile: (415) 837-1320

Attorneys for Defendant/Third Party Plaintiff, SKANSKA USA BUILDING, INC. / RQ CONSTRUCTION, INC., a joint venture and Defendants SKANSKA USA BUILDING, INC., a corporation; RQ CONSTRUCTION, INC., a corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a corporation; FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, for the use and benefit of HELIX ELECTRIC, INC., a California corporation,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>SKANSKA USA BUILDING, INC., a corporation; RQ CONSTRUCTION, INC., a corporation; SKANSKA USA BUILDING, INC./RQ CONSTRUCTION, INC., a joint venture; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a corporation; FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No.: 2:06-CV-02080-RRB-KJM<br><br><br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF CASE [F.R.C.P. rule 41(a)(1)]** |

/ / /

/ / /

/ / /

/ / /

/ / /

1

1   IT IS HEREBY STIPULATED by and between the Parties hereto through their respective counsel as follows:

WHEREAS, the Court has entered a Stay in This Action pursuant to the Parties prior stipulation and request pending completion of trial in a matter currently pending in the Superior Court of California, County of Solano, styled as *Skanska USA Building Inc. /RQ Construction, Inc.* v. *Southwest Air Conditioning, Inc. Et al.,* Case No.: FCS025311 (the "State Action");

WHEREAS, the Parties have entered into various settlement agreements which effectively dispose of all claims at issue in This Action and, to the extent duplicative, in the State Action;

WHEREFORE, IT IS HEREBY STIPULATED by and between the Parties hereto, through their respective counsel, pursuant to Federal Rule of Civil Procedure rule 41(a)(1):

1) That all Complaints, Cross-Complaints, Cross-Claims, Counter-Claims, Third-Party Complaints ("Claims") and any other Claims now pending in This Action, which have previously been Dismissed <u>With Prejudice,</u> in the State Action are **Dismissed With Prejudice** herein;

2) That all Claims which have not yet been dismissed in the State Action are **Dismissed Without Prejudice** herein, with the parties agreeing that the sole forum for the resolution of such Claims shall be the State Action;

3) That all parties shall bear their own costs and attorneys' fees with respect to This Action;

4) That any and all oppositions to motions currently before the Court with respect to CCP 877.6 Good Faith Settlement determinations are hereby withdrawn, such that the Court's Order granting same may issue; and

5) This Stipulation may be executed in counterparts and shall be effective when such counterparts have been executed by the Parties, as if each Party had executed one original. A facsimile or electronic (e.g. pdf) signature will be deemed to be equally as valid as an original signature.

| | | |
|---|---|---|
| 1 | Dated: December ____, 2007 | PECKAR & ABRAMSON, P.C. |
| 2 | | By: _____ |
| 3 | | Bruce D. Meller |
| | | Francis Torrence |
| 4 | | Gary S. Moorefield |
| | | Attorneys for Plaintiff, Skanska USA |
| 5 | | Building, Inc.; RQ Construction, Inc.; |
| | | Skanska USA Building, Inc. / RQ |
| 6 | | Construction, Inc., a joint venture; |
| | | Travelers Casualty and Surety Company |
| 7 | | of America; Fidelity and Deposit |
| | | Company of Maryland |
| 8 | | |
| 9 | Dated: December ____, 2007 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 10 | | |
| 11 | | By: _____ |
| | | Frank J. Pagliaro, Esq. |
| 12 | | John A. Rowland, Esq. |
| | | Hugh A. Donohoe, Esq. |
| 13 | | Attorneys for Southwest Air |
| | | Conditioning, Inc. and Gary Halverson |
| 14 | | |
| 15 | Dated: December ____, 2007 | BUTZ DUNN DESANTIS, ET AL |
| 16 | | By: _____ |
| 17 | | Kevin V. DeSantis, Esq. |
| | | Attorneys for GEM Engineering, Inc. and |
| 18 | | Michael R. Akavan |
| 19 | | |
| 20 | | |
| 21 | Dated: December ____, 2007 | GLASPY & GLASPY, INC. |
| 22 | | By: _____ |
| 23 | | Paul C. Glaspy, Esq. |
| | | Attorneys for Desert Plumbing & Heating |
| 24 | | Company, Inc. |

3

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH        Case No.
PREJUDICE OF CASE                                          2:06-CV-02080-RRB-KJM

1  Dated:  December ____, 2007                BYRON & EDWARDS
2
3
4                                       By: _____
                                              Craig A. Weeber, Esq.
5                                             Attorneys for Mac Donald Engineers
                                              Incorporated, Christopher W. Kamp, SDSE,
6                                             Vasquez+Marshall and Associates, Inc. and
                                              David R. Vasquez
7
8
9  Dated:  December ____, 2007                DOWNEY BRAND LLP
10
11
12                                      By: _____
                                              Scott D. McElhern, Esq.
13                                            Michael J. Kuzmich, Esq.
                                              Attorneys for Helix Electric, Inc.
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH                    Case No.
PREJUDICE OF CASE                                                      2:06-CV-02080-RRB-KJM

# **ORDER**

Having considered the Stipulation of the parties, and GOOD CAUSE APPEARING, the Court Orders as follows:

1) All Complaints, Cross-Complaints, Cross-Claims, Counter-Claims, Third-Party Complaints ("Claims") and any other Claims now pending in This Action, which have previously been <u>Dismissed With Prejudice,</u> in the State Action are **Dismissed With Prejudice** herein; and

2) All Claims which have not yet been dismissed in the State Action are **Dismissed Without Prejudice** herein, and the sole forum for the resolution of such Claims shall be the State Action; and

3) All parties shall bear their own costs and attorneys' fees with respect to This Action; and

4) The Motions filed by Third-Party Defendants Vasquez+Marshall and Associates, Inc. (and David R. Vasquez) and GEM Engineering, Inc. (and Michael R. Akavan) pursuant to CCP 877 et seq. for Good Faith Settlement Determinations are hereby granted.

**IT IS SO ORDERED.**

Dated: December 14, 2007

/s/ Ralph R. Beistline
Honorable Ralph R. Beistline

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF CASE

Case No. 2:06-CV-02080-RRB-KJM